UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FARMERS PROPERTY AND CASUALTY
INSURANCE COMPANY as successor to
METROPOLITIAN PROPERTY AND
CASUALTY INSURANCE COMPANY as
subrogee of Sharon and Reddrick Bruel,

                Plaintiffs,

-against-

MIELE INC., d/b/a MIELLE APPLIANCES,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/20/2022_

22 Civ. 383 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 28, 2022, the Court scheduled a case management conference for July 26, 2022, and ordered the parties to file a joint status report not later than one week in advance of the conference. *See* ECF No. 13 ¶¶ 15–16. This submission is now overdue. Additionally, in their case management plan, the parties indicated that they wished to hold a settlement conference before a magistrate judge after the close of fact discovery on June 28, 2022. *Id.* ¶¶ 5, 10. Accordingly, the case management conference scheduled for July 26, 2022, is ADJOURNED *sine die*. The Court shall set a date for trial following the conclusion of the settlement conference.

    SO ORDERED.

Dated: July 20, 2022
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge