```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FARMERS PROPERTY AND CASUALTY
INSURANCE COMPANY as successor to
METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY as subrogee of Linda
Senat,

                         Plaintiff,                                 **22-CV-00383 (AT)**

         -against-                                **ORDER**

MIELE INC. d/b/a MIELE APPLIANCES,

                        Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The parties are ordered to file a joint letter no later than **Friday, July 29, 2022,** providing the Court an update on the status of any settlement discussions thus far and whether the parties would like to schedule a settlement conference in September 2022.

**SO ORDERED.**

DATED:    New York, New York
                 July 22, 2022

                                                                 _____
                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge