

BENJAMIN D. HARTWELL
T. 215 836 1887
F. 215 836 2845
BHARTWELL@WARDGREENBERG.COM

September 21, 2022

*Via ECF*

The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY  10007

> **Application Granted**
>
> Valerie Figueredo, U.S.M.J.
> DATED: 9-21-2022
>
> The settlement conference scheduled for September 28, 2022 is hereby adjourned. The parties are directed to submit a joint letter when they believe they are in a position to reschedule the conference. SO ORDERED.

> Re:   *Farmers Property and Casualty Insurance Company a/s/o Linda Senat v. Miele Inc.*
>       *Case No.: 1:22-cv-00383*

Dear Judge Figueredo,

On behalf of defendant Miele, Inc., I write to request an adjournment of the settlement conference that is currently scheduled to commence before Your Honor on September 28, 2022 at 2:00 PM. Plaintiff's counsel has confirmed that he does not oppose this request. No prior requests for adjournment of the settlement conference have been made by either party.

Since the commencement of this action, the parties have been exchanging information informally, and in good faith, for purposes of facilitating evaluation and possible settlement of this matter. While the parties have made substantial progress in this regard, their exchange of information is not yet complete. Defendant has requested, and plaintiff's counsel is diligently working to collect, a few outstanding items needed to complete the evaluation process. The parties anticipate that they will be positioned to engage in settlement discussions by December 5, 2022.

An adjournment of the upcoming settlement conference would permit the exchange of information that would make the conference more fruitful. Accordingly, pursuant to Your Honor's Standing Order Applicable to Settlement Conferences, defendant respectfully requests an adjournment of the upcoming settlement conference by more than 45 days.

Very truly yours,

Benjamin D. Hartwell

BDH/mm
cc:   Steven L. Hilsenrath, Esquire

WARD GREENBERG HELLER & REIDY LLP

1835 MARKET STREET SUITE 650 | PHILADELPHIA PA 19103 | T. 215 836 1100 | F. 215 836 2845 | WARDGREENBERG.COM