UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FARMERS PROPERTY AND CASUALTY
INSURANCE COMPANY,

                              Plaintiff,

        -against-

MIELE INC. D/B/A MIELE APPLIANCES,

                            Defendant.

Case No. 1:22-cv-00383 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter, dated October 3, 2022, filed in response to the Court's September 19, 2022 Reassignment Order. ECF No. 28. In that letter, the parties request an extension of both the fact and expert discovery deadlines to facilitate settlement discussions. Accordingly, IT IS HEREBY ORDERED that the parties shall complete fact discovery no later than December 12, 2022, and expert discovery no later than January 26, 2023. IT IS FURTHER ORDERED that the parties shall appear for a post-discovery conference on January 13, 2023, at 11:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, to discuss, among other things, the progress of settlement discussions before the Magistrate Judge. Finally, IT IS FURTHER ORDERED that the parties shall complete the Court's Civil Case Management Plan and Scheduling Order consistent with these dates, and in accordance with the Court's Individual Rules, and file the Plan on ECF no later than October 11, 2022.

Dated: October 4, 2022
      New York, New York

                                   SO ORDERED.

                                   *Jennifer Rochon*

                                   JENNIFER L. ROCHON
                                   United States District Judge